UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------x

Francis John Wohnsigl (ICN 79080062)

Full name of plaintiff/prisoner ID#

Plaintiff,

-against-

(1) JOHN DOE (2) John Doe
(3) JOHN DOE (4) JOHN DOE
NASSAU County Police dept,

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.

------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 26 2018 ★

LONG ISLAND OFFICE

JURY TRIAL DEMAND
YES ✓   NO _____

**RECEIVED**

MAR 26 2018

EDNY PRO SE OFFICE

CV18   1841

SEYBERT, J.

LOCKE, M. J.

I.   **Previous Lawsuits:**

A.   Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action or
otherwise relating to your imprisonment?  Yes ( )  No (✓)

B.   If your answer to A is yes, describe each lawsuit in the space below
(If there is more than one lawsuit, describe the additional lawsuits
on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

2.   Court (if federal court, name the district;
if state court, name the county)

_____

3.   Docket Number: _____

1

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: .. _____

II.  Place of Present Confinement: NASSAU County Jail    100 CARMAN AVE   EAST MEADOW, N.Y. 11554

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No ( )

C. If your answer is YES,

1. What steps did you take? _____

_____

_____

2. What was the result? _____

_____

D. If your answer is NO, explain why not _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

_____

2. What was the result? _____

_____

2

A. Name of plaintiff _Francis John Wohnsigl_

Address _100 CARMAN Ave, EasT MEADOW, New York 11554_

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1 _JOHN DOE_

_NASSAU County police_

Defendant No. 2 _JOHN DOE_

_Nassau county police_

Defendant No. 3 _JOHN DOE_

_Nassau county police_

Defendant No. 4 _JOHN DOE_

_Nassau County police_

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

(State briefly and concisely, the facts of your case. Include the date and place as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On 11-30-17, I was in my ~~car~~ Drivers seat with door open and car was running. A man came running up and identified himself as The police. It is approximately 1:40 AM and I was told to freeze, Then turn off ignition and place hands on steering wheel in which I did. Then I was told to exit my car slowly and keep my hands on top of car. A gray/silver suburban pulled up and I did not see who was in it but it was another police officer. So as I turn to my left I was hit extremely hard on my right cheek which pretty much knocked me out. I remember yelling: Help, help while I was being beaten. I would not be able to say how long this beating took but I woke up in a 12" by 6" puddle of Blood. This happened in the town of Plainview, approximately one block from the Jahn's Farm shopping plaza.
(Cold Country Road.)

IV. A _____ If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

My right cheek bone was broke, required 4 ½ hours of surgery. My left lung was collapsed, my left side ribs were fractured and I also suffered contusions on my head and face.

NOTE: Internal affairs, (NASSAU COUNTY, MINEOLA) a Leutenant; HOWARD SULLIVAN has my case, tracking # 64-2017. Under investigation since December 5TH of 2017!

\* \*   \* \*

I am seeking punitive damages and that the officers involved should either be terminated for over-stepping their duties and or severly disaplined by their superiors.

I declare under penalty of perjury that on __3-19-2018__ , I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this __19TH__ day of __MARCH__, 20_18_. I declare under penalty of

perjury that the foregoing is true and correct.

_Francis Wohnsig_
Signature of Plaintiff

NASSAU County Jail
Name of Prison Facility

100 CARMAN Ave.
East MEADOW, N.Y.
11554
Address

79080062
Prisoner ID#

5