# Garnett H. Sullivan Attorney at Law

1080 Grand Avenue, Suite 200, South Hempstead, N.Y. 11550 | (516) 285-1575

October 4, 2021

**VIA ECF**
Honorable Steven I. Locke
Magistrate, United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

*Re: Wohnsigl v. Bernhardt, et al.*
*2:18-cv-01841-GRB-SIL*

Your Honor:

The above-referenced case is scheduled for conference on October 6th 2021 at 10:00 AM. Unfortunately, I am compelled to request an adjournment of conference. I just commenced jury selection in a criminal trial in Queens County Supreme Court. The trial is anticipated to last through the end of October.

I have been made aware by defense counsel that the attorney for the defendants, Jennean Rogers, is no longer with the Nassau County Attorney's office. My office spoke with Laurel Kretzing who advised the County Attorney's office will consent and has no objection to my application.

Yours respectfully,

/s/ *Garnett H. Sullivan*
**GARNETT H. SULLIVAN, ESQ.**

cc.  Office of the Nassau County Attorney
     Attorney for Defendants

Garnettsullivan@yahoo.com | Facsimile (516) 285-1608