

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

MARK A. RADI
mradi@sokoloffstern.com

July 16, 2025

**Via ECF**
Hon. Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                Re:    *Wohnsigl v. Bernhardt, et al.*
                        Docket No. 18-cv-1841 (SIL)

Dear Judge Locke:

      We represent the Defendants in this action. I write pursuant to Rule 4(D) of your Honor's Individual Motion Practices to advise the Court that Defendants intend to move for partial summary judgment dismissing Det. James Gilroy and Det. Ryan Hines from this action because the undisputed material facts demonstrate these officers did not use any force against Plaintiff, and they were not present during the alleged use of force by other officers. Accordingly, there is no basis for excessive force/failure to intervene claims against them.

      The parties have agreed to the following briefing schedule, subject to Court approval:

- Defendants will serve their summary judgment motion no later than August 22, 2025;
- Plaintiff will serve his opposition within 30 days after service of Defendants' motion;
- Defendants will serve a reply, and file the fully briefed motion within 10 days after service of Plaintiff's opposition.

      Thank you for your consideration of this matter.

                                                                              Respectfully submitted,

                                                                               SOKOLOFF STERN LLP

                                                                               MARK A. RADI

All counsel of record (*via ECF*)