UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
FRANCIS JOHN WOHNSIGL,

                                Plaintiff,

       -against-

DET. GREGORY C. BERNHARDT, DET. JESUS E.
BONILLA, DET. JAMES P. GILROY, and
DET. RYAN HINES,

                                Defendants.
-----------------------------------------------------------------------x

**NOTICE OF MOTION**

Docket No. 18 Civ. 1841 (SIL)

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Mark A. Radi and the exhibits annexed thereto, the accompanying 56.1 statement of undisputed material facts, Memorandum of Law in Support of Defendants' Motion for Summary Judgment, and upon all pleadings and proceedings heretofore had herein, Defendants will move this Court before the Honorable Steven I. Locke at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 56 granting partial summary judgment to Defendants, together with such other and further relief as this Court deems just, equitable, and proper.[1]

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to Court order, answering papers shall be served by September 22, 2025.

---

[1] By stipulation dated January 28, 2025, Plaintiff discontinued with prejudice all claims against Nassau County, Nassau County Police Department, and Det. Jeffrey Raymond, as well as all claims for "municipal liability" (third cause of action) and all official capacity claims against all individual Defendants. (E.D.N.Y. Doc. No. 90.)

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to Court order, reply papers shall be served by October 2, 2025.

Dated: Carle Place, New York
August 22, 2025

        SOKOLOFF STERN LLP
        *Attorneys for Defendants*

By: _____
Mark A. Radi
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No.: 210166

TO:

<u>Via ECF</u>

GARNETT H. SULLIVAN, ESQ.
*Attorney for plaintiff*
1080 Grand Avenue
South Hempstead, New York 11550